UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DANIEL G. PINEGAR**
    **Plaintiff,**

v.             Civil Action No. 07-01560 (HHK)

**CHAIRMAN, FEDERAL ELECTIONS COMMISSION**

    **Defendant.**

**ENTRY OF APPEARANCE**

The Clerk will enter the appearance of the undersigned as counsel for Plaintiff.
-----------/s/-------------------------------------
Joel P. Bennett, Bar No. 145227
Law Offices of Joel P. Bennett, P.C.
1208 Eton Court, NW
Washington, D.C. 20007-3239
202-625-1970
202-625-1973-facsimile
e-mail: jbennett@radix.net