**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
DANIEL G. PINEGAR              )
1600 S. Joyce Street           )
Apt. 1604                      )
Arlington, Virginia 22202      )
                               )
            Plaintiff,         )
                               )
     v.                        )   Civil Action No. 07-1560(HHK)
                               )
FEDERAL ELECTION COMMISSION,   )
an independent regulatory      )
agency, and                    )
Richard D. Lenhard, Chairman   )
999 E Street, N.W.             )
Washington, D.C. 20463         )
                               )
            Defendant.         )
_____)
```

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Diane M. Sullivan as counsel for defendant in the above-captioned case.

                                      Respectfully submitted,

                                      ___/s/_____
                                      DIANE M. SULLIVAN, D.C. Bar #12765
                                      Assistant United States Attorney
                                      555 Fourth Street, N.W.
                                      Room E4919
                                      Washington, D.C.  20530
                                      (202)514-7205

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served by First-Class Mail, postage prepaid to:

DANIEL G. PINEGAR  
1600 S. Joyce Street  
Apt. 1604  
Arlington, Virginia 22202

on this _____ day of November, 2007.

                                     ___/s/_____  
                                     DIANE M. SULLIVAN  
                                     Assistant United States Attorney  
                                     555 Fourth Street, N.W.  
                                     Room E4919  
                                     Washington, D.C.  20530  
                                     (202)514-7205