UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
DANIEL G. PINEGAR              )
                               )
          Plaintiff,           )
                               )
     v.                        )     Civil Action No. 07-1560(HHK)
                               )
FEDERAL ELECTION COMMISSION,   )
                               )
          Defendant.           )
_____)
```

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time up to and including January 16, 2008, to file its dispositive motion.

Counsel for the defendant has been out of the office on "Use or Lose" Leave since December 21, 2007, and will return to the office on January 7, 2007. As a result, the dispositive motion will not be completed by the January 2, 2008, due date. The additional time will allow counsel to complete discussions with the agency, finalize the filing and submit it for supervisory review. This will be defendant's first enlargement of time.

Plaintiff's counsel graciously consents to this extension of time.

Wherefore, it is respectfully requested that defendant's motion for an enlargement of time to file its dispositive motion be granted up to and including January 16, 2008.

```
                         Respectfully submitted,

                         __/s/_____
                         JEFFREY A. TAYLOR, D.C. BAR # 498610
                         United States Attorney


                         __/s/_____
                         RUDOLPH CONTRERAS, D.C. BAR # 434122
                         Assistant United States Attorney


                         __/s/_____
                         DIANE M. SULLIVAN, D. C. BAR # 12765
                         Assistant United States Attorney
                         Judiciary Center Building
                         555 Fourth Street, N.W.
                         Room E4919
                         Washington, D.C. 20530
                         (202) 514-7205
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
DANIEL G. PINEGAR              )
                               )
         Plaintiff,            )
                               )
     v.                        )    Civil Action No. 07-1560(HHK)
                               )
FEDERAL ELECTION COMMISSION,   )
                               )
         Defendant.            )
_____)
```

**ORDER**

Upon consideration of defendant's Consent Motion for an Enlargement of Time, it is this _____ day of _____, 2008 hereby

ORDERED that defendant's motion is granted.  It is

FURTHER ORDERED  that defendant have up to and including January 16, 2008, to file its dispositive motion.

_____
UNITED STATES DISTRICT COURT JUDGE