```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                                    )
DANIEL G. PINEGAR                   )
                                    )
            Plaintiff,              )
                                    )
        v.                          )      Civil Action No. 07-1560(HHK)
                                    )
FEDERAL ELECTION COMMISSION,        )
                                    )
            Defendant.              )
_____)

## CONSENT MOTION FOR AN ENLARGEMENT OF TIME

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for a 30-day enlargement of time to file a dispositive motion up to and including February 15, 2008,.

Counsel for the defendant originally anticipated fling a dispositive motion on the grounds of failure to exhaust administrative remedies and failure to state a claim.  However, an extensive record, including 500 pages of testimony provided to counsel during the holiday period when she was on leave reveals that a motion for summary judgment on the merits of plaintiff's claims is appropriate as well.  Rather than litigate this case piece-meal, counsel would request a thirty-day enlargement of time to file a dispositive motion.

Counsel for the defendant has numerous previously scheduled due dates for substantive motions and replies during the month of January that precludes her from completing a dispositive motin

earlier.

Counsel for the defendant contacted plaintiff's counsel who graciously consents to this request.

Wherefore, it is respectfully requested that the defendant have up to and including February 15, 2008 to file a dispositive motion.

                      Respectfully submitted,

                      __/s/_____
                      JEFFREY A. TAYLOR, D.C. BAR # 498610
                      United States Attorney

                      __/s/_____
                      RUDOLPH CONTRERAS, D.C. BAR # 434122
                      Assistant United States Attorney

                      __/s/_____
                      DIANE M. SULLIVAN, D. C. BAR # 12765
                      Assistant United States Attorney
                      Judiciary Center Building
                      555 Fourth Street, N.W.
                      Room E4919
                      Washington, D.C. 20530
                      (202) 514-7205

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
DANIEL G. PINEGAR                  )
                                   )
          Plaintiff,               )
                                   )
     v.                            )   Civil Action No. 07-1560(HHK)
                                   )
FEDERAL ELECTION COMMISSION,       )
                                   )
          Defendant.               )
_____)

**ORDER**

Upon consideration of defendant's Consent Motion for an Enlargement of Time, and the entire record, it is this _____ day of _____, 2008 hereby

ORDERED that defendant's motion is granted.  It is

FURTHER ORDERED  that defendant have up to and including February 15, 2008, to file a dispositive motion.


_____
UNITED STATES DISTRICT COURT JUDGE