UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              )
DANIEL G. PINEGAR             )
                              )
         Plaintiff,           )
                              )
     v.                       )   Civil Action No. 07-1560(HHK)
                              )
FEDERAL ELECTION COMMISSION,  )
                              )
         Defendant.           )
_____)

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The defendant, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves the Court for an enlargement of time to file a dispositive motion up to and including March 3, 2008.

Defendant's motion is presently due on February 15, 2008. Counsel has completed a draft statement of material facts, and fully expected to complete a dispositive motion by February 15, 2008. However, on Tuesday, February 5, 2008, defense counsel was assigned a motion for temporary restraining order (TRO) and preliminary injunction (PI) involving funding for Indian Tribes in Alaska. Although the TRO was resolved by stipulation, settlement discussions are ongoing before the parties begin briefing the merits. Also on February 5, 2008, defense counsel received an order from the Court of Appeals directing her to respond to a petition for rehearing by February 19, 2008. The TRO/PI and the Court of Appeals order have had a domino affect on counsel's schedule. Consequently, counsel is unable to complete

a dispositive motion by the present due date.

Plaintiff's counsel graciously consents to this request for an enlargement of time.

Wherefore, it is respectfully requested that the defendant have up to and including March 3, 2008 to file a dispositive motion.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
DANIEL G. PINEGAR                  )
                                   )
            Plaintiff,             )
                                   )
      v.                           )   Civil Action No. 07-1560(HHK)
                                   )
FEDERAL ELECTION COMMISSION,       )
                                   )
            Defendant.             )
_____)

**ORDER**

Upon consideration of defendant's Consent Motion for an Enlargement of Time, and the entire record, it is this _____ day of _____, 2008 hereby

ORDERED that defendant's motion is granted.  It is

FURTHER ORDERED  that defendant have up to and including March 3, 2008, to file a dispositive motion.


                               _____
                               UNITED STATES DISTRICT COURT JUDGE