IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL G. PINEGAR**      )<br>                                               )<br>        **Plaintiff,**          )     **Civil Action No.: 07-01560 (HHK)**<br>                                               )<br>     **v.**                          )<br>                                               )<br> **CHAIRMAN**                )<br> **FEDERAL ELECTIONS COMMISSION**  )<br>                                               )<br>        **Defendant.**        )<br>                                               ) | |

### JOINT MOTION TO REFER THIS CASE TO MEDIATION

Defendant and Plaintiff, hereby file their Joint Motion to Refer this Case to Mediation so that the parties may attempt to resolve this dispute. In support of this motion, the parties state the following:

1.     The parties have been engaged in settlement discussions for several weeks.

2.     Because the parties would like to further pursue settlement discussions, with the assistance of a mediator, they are requesting that the Court refer this matter to mediation and stay the time for defendant's response to the complaint so that the parties do not spend additional resources at this time. The parties jointly request that this matter be referred to Magistrate Judge Kay for mediation.

3. In the event the parties are unable to resolve this matter, they ask that defendant's time for responding to the complaint be extended for a period of 30 days after the completion of mediation. A proposed order is attached.

Respectfully submitted,

   /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

   /s/ Diane M. Sullivan
DIANE M. SULLIVAN, D.C. BAR # 12765
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4919
Washington, D.C. 20530
(202) 514-7205

COUNSEL FOR DEFENDANT


   /s/ Joel P. Bennett
JOEL P. BENNETT, D.C. BAR # 145227
Law Offices of Joel P. Bennett, P.C.
1208 Eton Court, NW
Washington, DC 20007-3239
202-625-1970

COUNSEL FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL G. PINEGAR**   )<br>   )<br>  Plaintiff,   )<br>   )<br>  v.   )<br>   )<br>**CHAIR**   )<br>**FEDERAL ELECTIONS COMMISSION**   )<br>   )<br>  Defendant.   )<br>   )<br>   ) | Civil Action No.: 07-01560 (HHK) |

### ORDER

This matter having come before the Court on the parties' Joint Motion to Refer this Case to Mediation, it is hereby

**ORDERED** that the parties' Motion is hereby **GRANTED.**  It is further

**ORDERED** that this matter is hereby referred to Magistrate Judge Kay for mediation.  It is further

**ORDERED** that, in the event the case does not settle, defendant's response to the complaint shall be due 30 days after the conclusion of mediation.

**SO ORDERED** on this _____ day of February, 2008.

_____
HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE