UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL G. PINEGAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>　　　　Defendant. | Civil Action 07-01560  (HHK) (AK) |

**ORDER REFERRING CASE TO UNITED STATES MAGISTRATE JUDGE ALAN KAY FOR MEDIATION**

　　Before the court is the parties' joint motion to refer this case to mediation [#7]. Accordingly, it is this 26th day of February 2008 hereby

　　**ORDERED** that the parties' joint motion to refer this case to mediation [#7] is **GRANTED**; and it is further

　　**ORDERED** that the above-captioned action is referred to United States Magistrate Judge Alan Kay for mediation; and it is further

　　**ORDERED** that mediation efforts shall conclude by April 28, 2008; and it is further

　　**ORDERED** that counsel and the parties, including persons with settlement authority, shall attend the mediation sessions; and it is further

　　**ORDERED** that if the case settles in whole or in part, counsel shall promptly advise the court of the settlement by filing a stipulation; and it is further

　　**ORDERED** that if the case does not settle in whole, defendant's response to the complaint shall by filed by no later than May 28, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge